FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

2009 JUL 29 P 2: 04

DISTRICT OF UTAH, CENTRAL DIVISION

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| ARRINGTON DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NORANIZA A. ALONTO,<br><br>Defendant. | **ORDER**<br><br><br>Case No. 2:08-cv-00623 CW<br><br>Judge Clark Waddoups |

This case was assigned to United States District Court Judge Clark Waddoups, who entered a referral to United States Magistrate David Nuffer under 28 U.S.C. § 636(b)(1)(A). On July 10, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the case be dismissed without prejudice due to Plaintiff's failure to appear and respond to an order to show cause. Plaintiff has not filed an objection to the Report and Recommendation, and the time for doing so has passed. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, the case is hereby dismissed without prejudice.

DATED this 29th day of July, 2009.

BY THE COURT:

Clark Waddoups
United States District Judge